IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SCOTT MOSS, #318 136, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:20-CV-657-RAH-CSC |
| | ) |
| WARDEN BUTLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 15, 2020, Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

A separate Final Judgment will be entered.

DONE, this 16th day of November, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE